UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMADU K., | : |
|                Petitioner, | : Civil Action No. 2:20-cv-3220 (BRM) |
|                v. | : **ORDER** |
| WILLIAM ANDERSON, et al., | : |
|              Respondents. | : |

    **THIS MATTER** comes before the Court on the Petition for a Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3), both of which are aimed at securing his release from immigration detention. Given the nature of the claims raised in Petitioner's Motion, this Court directs the parties to brief the Motion in the manner outlined below.

    Accordingly, and for good cause appearing,

    **IT IS** on this 26th day of March 2020,

    **ORDERED** that Petitioner shall serve his Motion for a Temporary Restraining Order (ECF No. 3) and a copy of this Order upon the Government by serving the United States Attorney's Office for the District of New Jersey on or before the end of business on Monday, March 30, 2020; and it is further

    **ORDERED** that the Government shall file a response to the Motion on or before the end of business on Monday, April 6, 2020; and it is further

    **ORDERED** that Petitioner may file a reply on or before the end of business on Friday, April 10, 2020; and it is further

**ORDERED** that to the extent Petitioner believes a telephone conference is necessary to address the Motion following the Government's opposition, he may request such in his reply; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**